**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEROD ANTONIO HARRISON,

      Plaintiff,

    v.

A. HEDGPETH, et al.,

      Defendants.

_____/

No. C 12-00963 YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS O'KELLY'S AND RODRIGUEZ'S DISPOSITIVE MOTION**

Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants O'Kelly's and Rodriguez's dispositive motion.  Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his opposition to the aforementioned Defendants' dispositive motion no later than **April 23, 2014.**

Defendants O'Kelly and Rodriguez shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket No. 94.

IT IS SO ORDERED.

DATED:  February 12, 2014

                              YVONNE GONZALEZ ROGERS
                              UNITED STATES DISTRICT COURT JUDGE