IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEROD ANTONIO HARRISON,

    Plaintiff,

vs.

A. HEDGPETH, et al.,

    Defendants.

No. C 12-00963 YGR (PR)

**ORDER DISMISSING ACTION WITH PREJUDICE**

On April 30, 2014, the Court received a copy of the "Stipulation of Voluntary Dismissal With Prejudice as to Defendants O'Kelly and Rodriguez" signed by Plaintiff and Defendants O'Kelly and Rodriguez's attorney as well as a proposed order for the dismissal of this action. Dkt. 99. The signed stipulation states:

> Plaintiff Gerod Antonio Harrison and Defendants O'Kelly and Rodriguez have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action against Defendant O'Kelly and Defendant Rodriguez, with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ¶ Each party shall bear its own litigation costs and attorney's fees.

*Id.*

On May 1, 2014, the Court received a copy of the "Stipulation of Voluntary Dismissal With Prejudice as to Defendants J. Vasquez and D. Murphy" signed by Plaintiff and remaining Defendants Vasquez and Murphy's attorney as well as a proposed order for the dismissal of this action. Dkt. 100. The signed stipulation is identical to the stipulation quoted above, except that it refers to Defendants Vasquez and Murphy instead of Defendants O'Kelly and Rodriguez. *Id.*

Accordingly, having been notified of this case's resolution and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein against all remaining named Defendants are DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DATED: May 23, 2014

                          YVONNE GONZALEZ ROGERS
                          UNITED STATES DISTRICT COURT JUDGE