IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEROD ANTONIO HARRISON,

    Plaintiff,

vs.

A. HEDGPETH, et al.,

    Defendants.

No. C 12-00963 YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Dismissing Action With Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

DATED:   May 23, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\CR.12\Harrison0963.jud.wpd